May Term, 1805.

*Thomas and Andrew Napier* v. *Christopher Whipple.*

THE plaintiffs' original attorney had left this state before the return of the writ ; the one now employed found, on search, a rule entered to declare or be non-prossed. In consequence of which he served a declaration, received a plea of the general issue, went to trial, and obtained a verdict.

*Emott*, on an affidavit containing the above statement, and that, from having received no instructions, or papers from the first attorney, he could not obtain the bail-bond given in this suit, which was taken by one of the plaintiffs, who was specially deputised to make the arrest, moved to file common bail *nunc pro tunc*, which was, after slight opposition,

Ordered accordingly.